IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. CLARK, | No. C 14-5277 RMW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| ERIC ARNOLD, | |
| Respondent. | |

On December 2, 2014, petitioner, proceeding *pro se*, filed petition for writ of habeas corpus challenging his state conviction pursuant to 28 U.S.C §2254.[1] The same day, the clerk notified petitioner that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, petitioner was provided with a IFP application and instructions for completing it. Petitioner was cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. To date, petitioner has not paid his filing fee, or filed a completed IFP application

Thus, the instant action is DISMISSED without prejudice. The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

---

[1] This action was reassigned to this court on January 6, 2015.

Order of Dismissal
P:\PRO-SE\RMW\HC.14\Clark227dism-ifp.wpd

1  DATED:  _____

*Ronald M. Whyte*

2  RONALD M. WHYTE
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\RMW\HC.14\Clark227dism-ifp.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANDALL CLARK, | Case Number: CV14-05277 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ERIC ARNOLD et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven R. Clark E16968
CSP Solano, 6-113-L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: February 10, 2015

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk