**\*E-FILED - 2/10/15\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN R. CLARK, | ) | No. C 14-5277 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC ARNOLD, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action for failure to prosecute. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/10/15

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC.14\Clark227jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RANDALL CLARK,<br><br>          Plaintiff,<br><br>   v.<br><br>ERIC ARNOLD et al,<br><br>          Defendant. | Case Number: CV14-05277 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven R. Clark E16968
CSP Solano, 6-113-L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: February 10, 2015

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk